452 A.2d 29

Commonwealth v. Harris, Appellant.

Submitted January 7, 1982. Douglas M. Johnson, Public Defender, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before SPAETH, CAVANAUGH and MONTEMURO, JJ.

The judgment of sentence is affirmed.

452 A.2d 30

Commonwealth v. Howell, Appellant.
Petition for Allowance of Appeal
Denied May 10, 1983.

Submitted March 23, 1982. Edward B. Golla, for appellant; Floyd Paul Jones, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.